IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CERINI | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:14-cv-00637-MRH |
| | ) | |
| v. | ) | Judge Mark R. Hornak |
| | ) | |
| WARRIOR ENERGY SERVICES, INC.; and IPS, INC., | ) | *Filed Electronically* |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

James F. Glunt, undersigned counsel for Defendant, Warrior Energy Services Corporation and Integrated Production Services, Inc., hereby moves that Andrew Phelps Burnside be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, Warrior Energy Services Corporation and Integrated Production Services, Inc., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and the Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Andrew Phelps Burnside filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

s/ *James F. Glunt*
James F. Glunt, Esq.
PA I.D. No. 85555
jay.glunt@ogletreedeakins.com

Philip K. Kontul, Esq.
PA I.D. No. 94156
philip.kontul@ogletreedeakins.com

One PPG Place
Suite 1900
Pittsburgh, PA 15222
Phone: (412) 394-3333
Fax: (412) 232-1799
*Attorneys for Defendant Warrior Energy Services Corporation.*

Dated: September 26, 2014