IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CERINI, *et al.*, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WARRIOR ENERGY SERVICES, INC.; and IPS, INC.,<br><br>Defendants. | Civil Action No. 2:14-cv-00637-MRH<br><br>Judge Mark R. Hornak<br><br>*Filed Electronically* |

## AFFIDAVIT OF ANDREW PHELPS BURNSIDE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Andrew Phelps Burnside, make this affidavit in support of the Motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Warrior Energy Services Corporation and Integrated Production Services, Inc., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and the Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Andrew Phelps Burnside, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

2. My business address is 701 Poydras Street, Suite 3500, New Orleans, LA 70139.

3. I am a member in good standing of the bars of State of Louisiana and the State of Texas. I am also a member in good standing admitted to practice before the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, and the Southern District of Texas.

4. My bar identification numbers are: Louisiana: 14116, Texas: 2406120.

5. A current certificate of good standing, date September 11, 2014, from the Louisiana Supreme Court is attached to this Affidavit as Exhibit A.

6. There are no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States Court.

7. I attest that I am a registered user of ECF in the United States District court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 24, 2014

_____
Andrew Phelps Burnside

Sworn to and subscribed before me this
the 24th day of September, 2014.

_____
Notary Public for State of Louisiana
My Commission Expires: death

THOMAS L. WATSON, II
NOTARY PUBLIC
ID NO. 89150
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE.