IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK CERINI, *et al.*, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WARRIOR ENERGY SERVICES, INC.; and IPS, INC.,<br><br>Defendants. | )<br>)<br>) Civil Action No. 2:14-cv-00637-MRH<br>)<br>) Judge Mark R. Hornak<br>)<br>)<br>) *Filed Electronically*<br>)<br>) |

### ORDER OF COURT

AND NOW, this _____ day of September 2014, upon consideration of Defendants' Motion for Admission Pro Hac Vice of Andrew Phelps Burnside, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is granted.

BY THE COURT:

_____
Mark R. Hornak
United States District Judge

18905467.1